UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: MAZZARISI, STEFANO § | Case No. 10-74853 |
| MAZZARISI, GIUSEPPINA § | |
| PIZZA, MAZZARISI'S § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　211 South Court Street
　　Room 110
　　Rockford, IL  61101

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/29/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____    By: ____/s/ STEPHEN G. BALSLEY_____
                                            Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MAZZARISI, STEFANO § | Case No. 10-74853 |
| MAZZARISI, GIUSEPPINA § | |
| PIZZA, MAZZARISI'S § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 77,000.15 |
| *and approved disbursements of* | $ 70,186.16 |
| *leaving a balance on hand of* [1] | $ 6,813.99 |
| **Balance on hand:** | $ 6,813.99 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,813.99 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,367.76 | 0.00 | 2,367.76 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,196.23 | 0.00 | 2,196.23 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,813.99 |
| Remaining balance: | $ 2,000.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,000.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,000.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,240.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 89.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Carroll County Treasurer | 0.00 | 0.00 | 0.00 |
| 2 | Jo-Carroll Energy INC (NFP) | 2,149.85 | 0.00 | 1,919.42 |
| 3 | Verizon Wireless | 90.25 | 0.00 | 80.58 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 2,000.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $           0.00
Remaining balance:  $           0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $           0.00
Remaining balance:  $           0.00


Prepared By:  /s/STEPHEN G. BALSLEY
                        Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                      Case No. 10-74853-MB
Stefano Mazzarisi                                           Chapter 7
Giuseppina Mazzarisi
        Debtors                CERTIFICATE OF NOTICE
District/off: 0752-3       User: cshabez               Page 1 of 1         Date Rcvd: Jun 06, 2011
                           Form ID: pdf006             Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2011.
db/jdb    ++++STEFANO MAZZARISI,    GIUSEPPINA MAZZARISI,    9896 DOTY CIR,    SAVANNA IL   61074-8426
             (address filed with court:  Stefano Mazzarisi,    9896 Doty Road,    Savanna, IL   61074)
aty         +Mark Zaleski,    Mark E. Zaleski, Attorney at Law,    10 N Galena Avenue #220,
              Freeport, IL 61032-4360
tr          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
16204788    +Battaglia Distributing Company,    2545 So. Ashland Ave,    Chicago, IL 60608-5320
16204789     Carroll County Treasurer,    Diane Powers,    County Collector Box 198,
              Mount Carroll, IL 61053-0198
16204790    +Grinnell Mutual Insurance,    Commericall lines,    4215 Highway 146, POB 790,
              Grinnell, IA 50112-0790
16204791    +H. F. Gehent Bank,    POB 20,    West Brooklyn, IL 61378-0020
16204792     Jo-Carroll Energy INC (NFP),    PO Box 390,    Elizabeth, IL 61028-0390
16204795    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court:  NCO Financial Systems,    PO Box 8547,    Philadelphia, PA 19101)
16204793    +Mercy Medical Center,    1410 North Fourth Street,    Clinton, IA 52732-2999
16204794    +Mercy Medical Center - Dubuque,    250 Mercy Drive,    Dubuque, IA 52001-7360
16204796    +Terminix,    POB 742592,    Cincinnati, OH 45274-2592
16204797    +Transworld Systems Inc.,    5880 Commerce Boulevard,    Rohnert Park, CA 94928-1644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16204799     E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 07 2011 00:07:54      Verizon Wireless,
              PO Box 790406,    Saint Louis, MO 63179-0406
16204798    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 06 2011 23:57:12      Verizon Wireless,
              Bankruptcy Department,    PO Box 3397,    Bloomington, IL 61702-3397
16672327    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jun 06 2011 23:47:43      Verizon Wireless,
              PO BOX 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 08, 2011**                        **Signature:**   _Joseph Speetjens_