# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MAZZARISI, STEFANO § Case No. 10-74853
      MAZZARISI, GIUSEPPINA §
      PIZZA, MAZZARISI'S §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $176,690.00               Assets Exempt:  $36,440.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $35,599.54    Claims Discharged
                                                      Without Payment: $3,060.10

Total Expenses of Administration: $11,400.61

---

    3)  Total gross receipts of $   77,000.15    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $   30,000.00   (see **Exhibit 2**), yielded net receipts of $47,000.15 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $176,900.00 | $33,599.54 | $33,599.54 | $33,599.54 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,613.64 | 11,400.61 | 11,400.61 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,620.00 | 3,929.77 | 2,240.10 | 2,000.00 |
| **TOTAL DISBURSEMENTS** | $180,520.00 | $55,142.95 | $47,240.25 | $47,000.15 |

4) This case was originally filed under Chapter 7 on September 29, 2010. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/23/2011          By: /s/STEPHEN G. BALSLEY
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single family residence at 9896 Doty Road, Savan | 1110-000 | 77,000.00 |
| Interest Income | 1270-000 | 0.15 |
| **TOTAL GROSS RECEIPTS** | | **$77,000.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Stefano and Giuseppina Mazzarisi | Homeowner's exemption in 9896 Doty Road, Savanna | 8100-002 | 30,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$30,000.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | H. F. Gehent Bank | 4110-000 | 33,000.00 | N/A | N/A | 0.00 |
| NOTFILED | H. F. Gehent Bank | 4110-000 | 37,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Carroll County Treasurer Diane Brinkmeier | 4110-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | H. F. Gehent Bank | 4110-000 | 105,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Carroll County Treasurer Diane Brinkmeier | 4110-000 | 600.00 | N/A | N/A | 0.00 |
| | H.B. Wilkinson Title Company, Inc. | 4700-000 | N/A | 33,599.54 | 33,599.54 | 33,599.54 |
| **TOTAL SECURED CLAIMS** | | | **$176,900.00** | **$33,599.54** | **$33,599.54** | **$33,599.54** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 5,450.02 | 2,367.76 | 2,367.76 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 5,327.00 | 2,196.23 | 2,196.23 |
| H.B. Wilkinson Title Company, Inc. | 2500-000 | N/A | 4,449.40 | 4,449.40 | 4,449.40 |
| H.B. Wilkinson Title Company, Inc. | 2500-000 | N/A | 500.00 | 500.00 | 500.00 |
| H.B. Wilkinson Title Company, Inc. | 2820-000 | N/A | 115.50 | 115.50 | 115.50 |
| H.B. Wilkinson Title Company, Inc. | 2500-000 | N/A | 259.00 | 259.00 | 259.00 |
| H.B. Wilkinson Title Company, Inc. | 2500-000 | N/A | 160.00 | 160.00 | 160.00 |
| H.B. Wilkinson Title Company, Inc. | 2820-000 | N/A | 57.28 | 57.28 | 57.28 |
| H.B. Wilkinson Title Company, Inc. | 2820-000 | N/A | 1,045.44 | 1,045.44 | 1,045.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 17,613.64 | 11,400.61 | 11,400.61 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Carroll County Treasurer | 7100-000 | N/A | 1,689.67 | 0.00 | 0.00 |
| 2 | Jo-Carroll Energy INC (NFP) | 7100-000 | 800.00 | 2,149.85 | 2,149.85 | 1,919.42 |
| 3 | Verizon Wireless | 7100-000 | unknown | 90.25 | 90.25 | 80.58 |
| NOTFILED | NCO Financial Systems | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Terminix | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Transworld Systems Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Mercy Medical Center - Dubuque | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Grinnell Mutual Insurance Commericall lines | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Medical Center | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Battaglia Distributing Company | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 3,620.00 | 3,929.77 | 2,240.10 | 2,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74853  
**Case Name:** MAZZARISI, STEFANO  
MAZZARISI, GIUSEPPINA  
**Period Ending:** 09/23/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 09/29/10 (f)  
**§341(a) Meeting Date:** 11/04/10  
**Claims Bar Date:** 02/08/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Single family residence at 9896 Doty Road, Savan | 45,000.00 | 6,813.84 | DA | 77,000.00 | FA |
| 2 | Single family residence at 715 Main Street, Sava | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Commercial building at 411 Main Street, Savanna, | 77,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account at the National Bank, Mt Carrol | 100.00 | 0.00 | DA | 0.00 | FA |
| 6 | Business checking account at the National Bank, | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furniture, furnishings, appliances and misc. oth | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Books, pictures, videos, music cds and misc. oth | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Debtor's clothing | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Rings, watches and misc. other items | 300.00 | 0.00 | DA | 0.00 | FA |
| 11 | Misc. recreational items | 350.00 | 0.00 | DA | 0.00 | FA |
| 12 | Social security for Husband | 440.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1984 Chevy S-10 | 500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2001 Chevy Blazer | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 15 | Restaurant equipment (pots, plans, dishes etc) | 500.00 | 0.00 | DA | 0.00 | FA |
| 16 | Misc. household tools & implements | 350.00 | 0.00 | DA | 0.00 | FA |
| 17 | lawn mower, misc. lawn and garden equipment | 300.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.15 | FA |
| 18 | Assets Totals (Excluding unknown values) | **$176,690.00** | **$6,813.84** | | **$77,000.15** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** February 15, 2011   **Current Projected Date Of Final Report (TFR):** March 17, 2011 (Actual)

Printed: 09/23/2011 08:55 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 10-74853 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | MAZZARISI, STEFANO | | **Bank Name:** | The Bank of New York Mellon |
| | MAZZARISI, GIUSEPPINA | | **Account:** | 9200-******77-65 - Money Market Account |
| **Taxpayer ID #:** | **-***3353 | | **Blanket Bond:** | $373,000.00   (per case limit) |
| **Period Ending:** | 09/23/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/25/11 | | H.B. Wilkinson Title Company, Inc. | Proceeds from sale of real estate | | | 36,813.84 | | 36,813.84 |
| | {1} | | Sale Price | 77,000.00 | 1110-000 | | | 36,813.84 |
| | | | Settlement Charges including commission to broker | -4,449.40 | 2500-000 | | | 36,813.84 |
| | | | First Mortgage Loan | -33,599.54 | 4700-000 | | | 36,813.84 |
| | | | Earnest Money | -500.00 | 2500-000 | | | 36,813.84 |
| | | | Transfer Tax | -115.50 | 2820-000 | | | 36,813.84 |
| | | | Owner's Policy | -259.00 | 2500-000 | | | 36,813.84 |
| | | | Title Services | -160.00 | 2500-000 | | | 36,813.84 |
| | | | County Property Taxes | -57.28 | 2820-000 | | | 36,813.84 |
| | | | 2010 Tax Proration | -1,045.44 | 2820-000 | | | 36,813.84 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.06 | | 36,813.90 |
| 01/31/11 | 1001 | Stefano and Giuseppina Mazzarisi | Homeowner's exemption in 9896 Doty Road, Savanna | | 8100-002 | | 30,000.00 | 6,813.90 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | | 1270-000 | 0.07 | | 6,813.97 |
| 03/17/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | | 1270-000 | 0.02 | | 6,813.99 |
| 03/17/11 | | To Account #9200******7766 | Transfer funds from MMA to Checking Account | | 9999-000 | | 6,813.99 | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 36,813.99 | 36,813.99 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 6,813.99 | |
| | | | **Subtotal** | | | 36,813.99 | 30,000.00 | |
| | | | Less: Payments to Debtors | | | | 30,000.00 | |
| | | | **NET Receipts / Disbursements** | | | **$36,813.99** | **$0.00** | |

{} Asset reference(s)

Printed: 09/23/2011 08:55 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-74853 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | MAZZARISI, STEFANO | | Bank Name: | The Bank of New York Mellon |
| | MAZZARISI, GIUSEPPINA | | Account: | 9200-******77-66 - Checking Account |
| Taxpayer ID #: | **-***3353 | | Blanket Bond: | $373,000.00   (per case limit) |
| Period Ending: | 09/23/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/17/11 | | From Account #9200******7765 | Transfer funds from MMA to Checking Account | 9999-000 | 6,813.99 | | 6,813.99 |
| 06/29/11 | 101 | U.S. Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 250.00 | 6,563.99 |
| 06/29/11 | 102 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $2,196.23, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,196.23 | 4,367.76 |
| 06/29/11 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,367.76, Trustee Compensation;  Reference: | 2100-000 | | 2,367.76 | 2,000.00 |
| 06/29/11 | 104 | Jo-Carroll Energy INC (NFP) | Dividend paid  89.28% on $2,149.85; Claim# 2; Filed: $2,149.85; Reference: | 7100-000 | | 1,919.42 | 80.58 |
| 06/29/11 | 105 | Verizon Wireless | Dividend paid  89.28% on $90.25; Claim# 3; Filed: $90.25; Reference: | 7100-000 | | 80.58 | 0.00 |
| | | | ACCOUNT TOTALS | | 6,813.99 | 6,813.99 | $0.00 |
| | | | Less: Bank Transfers | | 6,813.99 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 6,813.99 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,813.99** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******77-65** | 36,813.99 | 0.00 | 0.00 |
| **Checking # 9200-******77-66** | 0.00 | 6,813.99 | 0.00 |
| | $36,813.99 | $6,813.99 | $0.00 |

{} Asset reference(s)

Printed: 09/23/2011 08:55 AM   V.12.57